# United States District Court
# Central District of California

| | |
|---|---|
| SERAFIN MENDEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SELENE FINANCE LP; THE WOLF FIRM; and DOES 1–100, inclusive,<br><br>　　　　　　Defendants. | Case № 2:16-cv-09335-ODW-FFM<br><br>**JUDGMENT** |

On November 17, 2016, Plaintiff Serafin Mendez filed this action in Los Angeles Superior Court. (ECF No. 1-1.) Defendant Selene Finance LP subsequently removed the case to federal court, and moved for summary judgment on all of Plaintiff's claims. (ECF Nos. 1, 50.) Defendant M&T Bank joined in the Motion. (ECF No. 57.) The Court granted Selene's Motion for Summary Judgment in full. (ECF No. 59.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

/ / /

/ / /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Serafin Mendez shall recover nothing from Defendants; and

2. Plaintiff Serafin Mendez's Second Amended Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

March 12, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**